IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TONYA D. PARKS,
*for* N.T.W.,

    Plaintiff,

Case No. 18-cv-711-wmc

  v.

ANDREW SAUL,
Commissioner of Social Security,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant against plaintiff dismissing this case.

| /s/ | 3/2/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |